# EXHIBIT A

Suwanee, GA 30024

3 1 481 ********************AUTO**MIXED AADC 302
SARAH CROCKER
[redacted]

**NOTICE OF SECURITY INCIDENT**

January 27, 2026

*Dear Sarah Crocker:*

Blake Jones Law Firm LLC ("BJLF") writes to inform you of an event that involves some of your personal information. This notice provides information about the event, our response, and resources available to you to help protect your information from possible misuse, should you feel it is appropriate to do so.

**What Happened?** In 2025, BJLF became aware of suspicious activity in our computer environment. We promptly began an investigation to determine the nature and scope of the event. The investigation determined that between February 16, 2025, and February 19, 2025, data from certain systems was accessed or acquired without authorization. We then conducted a thorough and comprehensive review to determine what information was accessible or acquired and to whom such information relates. This review was completed on September 2, 2025. However, the review was unable to locate addresses for most potentially impacted individuals which required a time-intensive review of internal records to locate addresses. On December 29, 2025, we completed this process and took steps to notify potentially impacted individuals.

**What Information Was Involved?** The investigation determined that the information about you which was potentially impacted by this event includes your name and Social Security number.

**What We Are Doing.** We take this event and information security seriously. Upon becoming aware, we moved quickly to investigate and respond to the event, assess the security of our systems, and notify potentially affected individuals. As part of our ongoing commitment to information security, we are reviewing our existing policies and procedures to reduce the likelihood of similar future events. We also notified federal law enforcement. As an added precaution, we are offering credit monitoring and identity restoration services through Experian for 12 months, at no cost to you. You will need to complete the enrollment process yourself as we are unable to enroll you on your behalf.

**What You Can Do.** We encourage you to remain vigilant against incidents of identity theft and fraud by reviewing your account statements, explanation of benefits statements, and monitoring free credit reports for suspicious activity and to detect errors. Suspicious activity should be promptly reported to relevant parties such as an insurance company, healthcare provider, and/or financial institution. Additional information and resources may be found below in the *Steps You Can Take to Help Protect Personal Information*. You may also enroll in the complimentary credit monitoring services we are offering you.