UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

SARAH CROCKER, *on behalf of herself and all others similarly situated*,

Plaintiff,

v.

BLAKE JONES LAW FIRM, LLC,

Defendant.

No. 5:26-CV-81-REW-MAS

ORDER

*** *** *** ***

On July 6, 2026, Plaintiff Sarah Crocker, on behalf of herself and all others similarly situated, filed a notice of dismissal. *See* DE 9. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i), which permits voluntary dismissal "without court order" upon the filing of "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, the Court ORDERS as follows:

1. The Court DISMISSES all claims.
2. Each party will bear its own costs as to the claims dismissed.
3. The Court STRIKES this matter from the active docket with prejudice, per the notice.

This the 7th day of July, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**